1   Roksana D. Moradi-Brovia (Bar No. 266572)
    Matthew D. Resnik (Bar No. 182562)
2   M. Jonathan Hayes (Bar No. 90388)
    **RESNIK HAYES MORADI LLP**
3   17609 Ventura Blvd., Suite 314
    **Telephone:** (818) 285-0100
4   **Facsimile:** (818) 818-855-7013
    jhayes @RHMFirm.com
5   matthew@ RHMFirm.com
    roksana@ RHMFirm.com
6
    *Attorneys for Debtor*
7   Mr. Tortilla, Inc.

8               UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10              SAN FERNANDO VALLEY DIVISION

11  In re                          )  Case No. 1:18-bk-12051-VK
                                   )
12                                 )  Chapter 11
                                   )
13      MR. TORTILLA, INC.,        )  **SUMMARY OF ASSETS AND
                                   )  LIABILITIES; SCHEDULES A/B, C, D,
14                        Debtor.  )  E/F, G, H; DECLARATION OF
                                   )  SCHEDULES FOR NON INDIVIDUAL
15                                 )  DEBTOR'S; STATEMENT OF
                                   )  FINANCIAL AFFAIRS; DISCLOSURE
16                                 )  OF ATTORNEY COMPENSATION;
                                   )  AMENDED MAILING MATRIX**
17                                 )
                                   )
18                                 )
                                   )
19  ──────────────────────────────
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ////

SIMON RESNIK
HAYES LLP

Fill in this information to identify the case:

Debtor name    Mr. Tortilla, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:18-bk-12051-VK

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8-24-18    x _____
                                Signature of individual signing on behalf of debtor

                                Anthony Alcazar
                                Printed name

                                President
                                Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    Mr. Tortilla, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:18-bk-12051-VK

☐   Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

**1.**   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................................    $      0.00

   **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.................................................................................................    $      591,573.91

   **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................................    $      591,573.91

### Part 2:   Summary of Liabilities

**2.**   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      576,025.00

**3.**   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $      0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      709,169.66

**4.**   **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b      $      1,285,194.66

| Fill in this information to identify the case: |
| --- |

Debtor name    Mr. Tortilla, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:18-bk-12051-VK

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

         **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Chase Bank | Savings account | 8260 | $0.00 |
| 3.2. | Chase | Checking account | 1758 | $1,130.41 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $1,130.41 |

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | Security deposit for rent at 1112 Arroyo Street, San Fernando, CA 91340 | $6,500.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Mr. Tortilla, Inc. | Case number *(If known)* 1:18-bk-12051-VK |
|---|---|---|
| | Name | |

**9.    Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$6,500.00

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.    Accounts receivable**

| 11a. 90 days old or less: | 27,604.50 | - | 0.00 | = .... | $27,604.50 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$27,604.50

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials**<br>See attached Ingredients<br>inventory | | $0.00 | | $15,679.00 |
| See attached Bags<br>inventory | | $0.00 | | $5,900.00 |
| See attached Boxes<br>inventory | | $0.00 | | $7,096.00 |
| Labels inventory | | $0.00 | | $448.00 |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale**<br>Rancho Cold Storage<br>finished goods | | $0.00 | | $13,757.00 |

---

| Debtor | Mr. Tortilla, Inc. | | Case number *(if known)* 1:18-bk-12051-VK |
|---|---|---|---|
| | Name | | |

| | Arroyo Warehouse finished goods inventory | $0.00 | $397.00 |
|---|---|---|---|

**22.** **Other inventory or supplies**
See attached Printing
Plate inventory ....... $0.00 ....... $1,600.00

See attached Prepack
Ingredient inventory ....... $0.00 ....... $1,074.00

**23.** **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$45,951.00

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6 | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7 | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**  Office desks, chairs, file cabinets | $0.00 | | $370.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software**  Computer | $0.00 | | $800.00 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

| Debtor | Mr. Tortilla, Inc. | | Case number *(If known)* | 1:18-bk-12051-VK |
|---|---|---|---|---|
| | Name | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $1,170.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2007 INTL Refrigerated truck | $0.00 | | $30,000.00 |
| 47.2.   Honda Element 2007 | $0.00 | | $14,000.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
|---|---|---|---|
| Freezer-Carewell | $0.00 | | $150.00 |
| Kenmore refrigerator | $0.00 | | $175.00 |
| Kenmore refrigerator | $0.00 | | $600.00 |
| Kysor Walk-in Cooler & Freezer - refrigeration<br>system | $0.00 | | $3,000.00 |
| True Freezer | $0.00 | | $1,800.00 |
| Frigidaire Cooler | $0.00 | | $690.00 |
| Production materials, scales, stainless steel<br>tables, pallet jack | $0.00 | | $1,930.00 |
| Toyota 2000 lb forklift | $0.00 | | $3,500.00 |

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

Debtor    Mr. Tortilla, Inc.                                  Case number *(if known)*  1:18-bk-12051-VK
_____Name_____

| | | |
|---|---|---|
| Tortilla Manufacturing Machine Line | $0.00 | $150,000.00 |
| Air Compressor | $0.00 | $3,889.00 |
| Plastic Sealers | $0.00 | $1,009.00 |
| Tortilla Press - Casa Herrera | $0.00 | $49,275.00 |
| Tortilla Oven, Cooling Conveyor - EcuaMex | $0.00 | $110,000.00 |
| Tortilla Press, Dough Baller - EcauMex | $0.00 | $106,750.00 |

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.

     $476,768.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9.    Real property**

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

| Debtor | Mr. Tortilla, Inc. | Case number *(If known)* 1:18-bk-12051-VK |
| --- | --- | --- |
| | Name | |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
Possible claim against Valley Economic Development
Council; investigation pending.                                                                              Unknown
Nature of claim
**Amount requested**                      $0.00

Possible malpractice claim agianst Roger O. Vega, Esq. for
respresentation/defense of Debtor in Diana's Mexican Food
Products, Inc. v. Mr. Tortialla, Inc., Anthony Alcazar, Tony
Alcazar, Ronald Alcazar        Case No. LC104194                                              $0.00
Nature of claim
**Amount requested**                      $0.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Leasehold improvements                                                                      $32,450.00

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$32,450.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    Mr. Tortilla, Inc.                                  Case number *(If known)*  1:18-bk-12051-VK
_____                         _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,130.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $27,604.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $45,951.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,170.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $476,768.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $32,450.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $591,573.91 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $591,573.91 |

### Mr. Tortilla Inventory AS 08/14/2018

| | Ingredients Inventory | | | | | |
|---|---|---|---|---|---|---|
| Item # | | Quantity | lbs | Price | | Ext Price |
| Ing003 | Aluminun Free Baking Powder Red label 50#bag (49p) | 300 | lb | $ | 0.98 | $ 294.00 |
| Ing004 | Calcium Propionate Cristal/Agglomorated 50# bag | 400 | lb | $ | 1.83 | $ 732.00 |
| Ing005 | Fumaric Acid Fine Granulater 50/55# | 150 | lb | $ | 1.45 | $ 217.50 |
| Ing006 | Mono-Diglycerides ( ADMUL MG-60-04PK Emulsifier 55.12# bag (40p) | 600 | lb | $ | 1.35 | $ 810.00 |
| Ing007 | Potassium Sorbate Granular 50# bag | 100 | lb | $ | 3.25 | $ 325.00 |
| Ing008 | Salt HG Blending 50# bag (49p) | 500 | lb | $ | 0.28 | $ 140.00 |
| Ing009 | Sugar Granulate 50# Bag | 800 | lb | $ | 0.74 | $ 592.00 |
| Ing0007 | Beet Powder | 50 | lb | $ | 1.75 | $ 87.50 |
| Ing0008 | Tomato Powder | 50 | lb | $ | 2.65 | $ 132.50 |
| Ing0009 | Jalapeno Powder | 25 | lb | $ | 4.00 | $ 100.00 |
| Ing0025 | Liquid Lecithin | 450 | lb | $ | 1.12 | $ 504.00 |
| Ing0002 | Spinach | 100 | lb | $ | 2.30 | $ 230.00 |
| Ing0010 | Red Bell Pepper | 50 | lb | $ | 5.00 | $ 250.00 |
| Ing0011 | Cilantro Leaf | 40 | lb | $ | 7.20 | $ 288.00 |
| Ing0012 | Canola Oil | 6000 | lb | $ | 0.54 | $ 3,240.00 |
| Ing0013 | Pasilla Chile | 100 | lb | $ | 2.29 | $ 229.00 |
| Ing0014 | Garlic Granulated | 110 | lb | $ | 2.00 | $ 220.00 |
| Ing0015 | Basil Leaves | 125 | lb | $ | 1.75 | $ 218.75 |
| Ing0016 | Parsley Flake | 99 | lb | $ | 4.40 | $ 435.60 |
| Ing0017 | Green Bell Pepper | 105 | lb | $ | 5.15 | $ 540.75 |
| Ing0018 | Parsley Granulate 10/+30 | 0 | lb | $ | 4.34 | $ - |
| Ing0019 | Onion Powder | 50 | lb | $ | 1.61 | $ 80.50 |
| Ing0020 | Red Chile Powder (NM) | 50 | lb | $ | 2.40 | $ 120.00 |
| Ing0021 | Whole Wheat Flour | 5000 | lb | $ | 0.19 | $ 950.00 |
| Ing0022 | White Tortilla Flour | 20000 | lb | $ | 0.18 | $ 3,600.00 |
| Ing0001 | 44# Ultralec P Lecithin | 44 | lb | $ | 2.39 | $ 105.10 |
| Ing0020 | Honey Dry | 50 | lb | $ | 1.65 | $ 82.50 |
| Ing0003 | Sesame Flour | 0 | lb | $ | 1.70 | $ - |
| Ing0005 | Tomato PC SDT FD30# | 0 | lb | $ | 2.54 | $ - |
| Ing0024 | Ground Cumin | 50 | lb | $ | 2.41 | $ 120.50 |
| Ing0026 | Green Apple Shade#49 | 44 | lb | $ | 13.61 | $ 598.75 |
| Inf0027 | Red #49 | 4 | lb | $ | 22.68 | $ 90.72 |
| Ing0023 | Basil Leaves Ground | 125 | lb | $ | 1.98 | $ 247.50 |
| Ing0012 | Enzymes | 4 | lb | $ | 24.15 | $ 96.60 |
| | | | | | | |
| | **Total** | | | | | $ 15,679 |

| | Bags inventory | | | | | |
|---|---|---|---|---|---|---|
| Item | Description | Quantity | EA | Price | | Ext Price |
| Bag100 | 8" Clear Bag Plain | 6000 | EA | $ | 0.020 | $ 120.00 |
| Bag110 | 8" Ziplock Bag | 26250 | EA | $ | 0.040 | $ 1,050.00 |
| Bag210 | 10" Ziplock Bag | 29900 | EA | $ | 0.050 | $ 1,495.00 |
| Bag300 | 12" Bag Clear | 0 | EA | $ | 0.040 | $ - |
| Bag310 | 12" Ziplock Bag Clear | 18000 | EA | $ | 0.070 | $ 1,260.00 |
| Bag311 | 12" Ziplock Bag Printed | 9500 | EA | $ | 0.090 | $ 855.00 |
| Bag901 | 8 x 10 Bag | 7000 | EA | $ | 0.040 | $ 280.00 |
| Bag902 | 14 x 18 Bag | 12,000 | EA | $ | 0.060 | $ 720.00 |
| Bag903 | 18 x 24 Bag | 1,000 | EA | $ | 0.120 | $ 120.00 |
| | | | | | | |
| | **Total** | | | | | $ 5,900 |

| Printing Plate inventory |
|---|

| Item | Description | Quantity | EA | Price | Ext Price |
|---|---|---|---|---|---|
| Plate100 | 12" Food Service Plates | 8 | EA | $ 100.00 | $ 800.00 |
| Plate110 | 8" Retail Label Plates | 4 | EA | $ 200.00 | $ 800.00 |
| | Total | | | | $ 1,600 |

| Boxes  inventory | | | | | |
|---|---|---|---|---|---|
| Item | Description | Quantity | EA | Price | Ext Price |
| Box002 | 12" Boxes | 2625 | EA | $ 0.88 | $ 2,310.00 |
| Box001 | 8" Boxes | 10825 | EA | $ 0.36 | $ 3,874.27 |
| Box003 | 10" Boxes | 375 | EA | $ 1.15 | $ 431.25 |
| Box004 | 8" Double Box | 600 | EA | $ 0.80 | $ 480.00 |
| | Total | | | | $ 7,096 |
| | | | | | |

| Prepack Ingredient Inventory | | | | | |
|---|---|---|---|---|---|
| Prepack Ingredient | | | | | |
| Item | Description | Quantity | EA | Price | Ext Price |
| GE-500 | Batch Pack 12" | 24 | EA | $ 10.61 | $ 254.64 |
| B-500 | Batch Pack 12" | 31 | EA | $ 10.41 | $ 322.71 |
| C-500 | Batch Pack 12" | 54 | EA | $ 9.20 | $ 496.80 |
| | | | | | $ 1,074 |

| Labels Inventory | | | | | |
|---|---|---|---|---|---|
| Item | Description | Quantity | EA | Price | Ext Price |
| Labels | Labels | 4,000 | EA | $ 0.11 | $ 448.00 |
| | | | | | |
| | Total | | | | $ 448 |

| Finished Good Inventory - Rancho | | | | | |
|---|---|---|---|---|---|
| Item | Description | Quantity | EA | Price | Ext Price |
| 500 | Savory Spinach | 220 | EA | $ 7.24 | $ 1,592.80 |
| 520 | Jalapeno | 30 | EA | $ 7.24 | $ 217.20 |
| 510 | Tomato & Basil | 112 | EA | $ 7.24 | $ 810.88 |
| 540 | Gourmet White | 646 | EA | $ 6.09 | $ 3,934.14 |
| 550 | Whole Wheat | 128 | EA | $ 7.24 | $ 926.72 |
| 555 | Chipotle Chile | 131 | EA | $ 7.24 | $ 948.44 |
| 542 | Gourmet White 12" 38 Oz | 707 | EA | $ 5.30 | $ 3,747.10 |
| 505 | Galrlic & Herb 12" | 22 | EA | $ 7.24 | $ 159.28 |
| 640 | Gourmet White 12 Count 10" | 2 | EA | $ 7.82 | $ 15.64 |
| 941 | Gourmet White with Corn | 197 | EA | $ 6.50 | $ 1,280.50 |
| 740 | Gourmet White 8" | 6 | EA | $ 2.42 | $ 14.52 |
| 751 | NP Whole Wheat 8" | 22 | EA | $ 5.01 | $ 110.22 |
| | Total | 2223 | | | $ 13,757 |

| Finished Good Inventory - Arroyo Warehouse | | | | | |
|---|---|---|---|---|---|
| Item | Description | Quantity | EA | Price | Ext Price |
| 500 | Savory Spinach | 12 | EA | $ 7.24 | $ 86.88 |
| 510 | Tomato & Basil | 5 | EA | $ 7.24 | $ 36.20 |
| 520 | Jalepeño | 3 | EA | $ 7.24 | $ 21.72 |
| 530 | Honey Wheat | 0 | EA | $ 7.24 | $ - |
| 540 | Gourment White | 17 | EA | $ 6.09 | $ 103.53 |
| 550 | Whole Wheat | 9 | EA | $ 7.24 | $ 65.16 |
| 555 | Chipotle Chile | 7 | EA | $ 7.24 | $ 50.68 |
| 941 | Gourmet White with Corn 7" | 5 | EA | $ 6.50 | $ 32.50 |
| | Total | 53 | | | $ 397 |

**Total Inventory Value**                    $    45,951

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Mr. Tortilla, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 1:18-bk-12051-VK |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | Bank of Cardiff<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>Tortilla Press - Casa Herrera | $49,275.00 | $49,275.00 |
| | P.O. Box 2562<br>Del Mar, CA 92014-2562<br>Creditor's mailing address | Describe the lien<br>Equipment Lease<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | Blue Bridge Financial<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>Tortilla Oven, Cooling Conveyor - EcuaMex | $110,000.00 | $110,000.00 |
| | 12626 High Bluff Drive #370<br>San Diego, CA 92130<br>Creditor's mailing address | Describe the lien<br>Equipment Lease<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor  Mr. Tortilla, Inc.
_____
Name

Case number (if know)  1:18-bk-12051-VK

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | Mercury Capital | Describe debtor's property that is subject to a lien | $106,750.00 | $106,750.00 |
|-----|-----------------|-----------------------------------------------------|-------------|-------------|

Creditor's Name
27702 Crown Valley Pkwy
#D4-205
Ladera Ranch, CA 92694
Creditor's mailing address

Tortilla Press, Dough Baller - EcauMex

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Valley Economic Development Council | Describe debtor's property that is subject to a lien | $310,000.00 | $150,000.00 |
|-----|-------------------------------------|-----------------------------------------------------|-------------|-------------|

Creditor's Name

5121 Van Nuys Blvd., #300
Sherman Oaks, CA 91403
Creditor's mailing address

Tortilla Manufacturing Machine Line, blanket lien
on all assets

**Describe the lien**
Blanket UCC1 lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $576,025.00

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Mr. Tortilla, Inc. | Case number (if know) | 1:18-bk-12051-VK |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name      Mr. Tortilla, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:18-bk-12051-VK

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Franchise Tax Board<br>Bankruptcy  Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Mr. Tortilla, Inc. | | Case number (if known) | 1:18-bk-12051-VK |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** | **Nonpriority creditor's name and mailing address**
Allied Blending
5690 Lindberg Ln.
Bell Gardens, CA 90201

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplies

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.2** | **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card

Is the claim subject to offset? ■ No  ☐ Yes

**$74,000.00**

---

**3.3** | **Nonpriority creditor's name and mailing address**
Anthony Alcazar
6258 Peach Ave.
Van Nuys, CA 91411

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Personal loans

Is the claim subject to offset? ■ No  ☐ Yes

**$63,800.00**

---

**3.4** | **Nonpriority creditor's name and mailing address**
Capitol Foods
13930 Mica Rd.
Santa Fe Springs, CA 90670

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplies

Is the claim subject to offset? ■ No  ☐ Yes

**$35,000.00**

---

**3.5** | **Nonpriority creditor's name and mailing address**
Diana's Mexican Foods
16330 Pioneer Blvd.,
Norwalk, CA 90650

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment; Case No. LC104194

Is the claim subject to offset? ■ No  ☐ Yes

**$214,329.66**

---

**3.6** | **Nonpriority creditor's name and mailing address**
Exodo Packaging
11170 Thurston Ln
Mira Loma, CA 91752

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplies

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.7** | **Nonpriority creditor's name and mailing address**
Jacqueline Galeano
611 Uclan Dr.
Burbank, CA 91504

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Personal loans

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| Debtor | Mr. Tortilla, Inc. | Case number (if known) | 1:18-bk-12051-VK |
|---|---|---|---|
| | Name | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**
La Reina Inc.
316 N. Ford Blvd.
Los Angeles, CA 90022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplies

Is the claim subject to offset? ■ No ☐ Yes

$28,000.00

---

**3.9**

**Nonpriority creditor's name and mailing address**
Law Offices of Richard T. Miller
7120 Hayvenhurst Ave., #108
Van Nuys, CA 91406

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Legal fees

Is the claim subject to offset? ■ No ☐ Yes

$16,000.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
Lily Alcazar
6258 Peach Ave.,
Van Nuys, CA 91411

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Personal loans

Is the claim subject to offset? ☐ No ☐ Yes

$50,000.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
Nicolas Barrios
4433 Colbath Avenue
Sherman Oaks, CA 91423

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Personal loan

Is the claim subject to offset? ☐ No ☐ Yes

$7,000.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
Payless Box
10711 Sessler St.
South Gate, CA 90280

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplies

Is the claim subject to offset? ■ No ☐ Yes

$5,040.00

---

**3.13**

**Nonpriority creditor's name and mailing address**
Ronald Alcazar
6258 Peach Ave.
Van Nuys, CA 91411

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Personal loans

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.14**

**Nonpriority creditor's name and mailing address**
Royal Packaging, Inc.
12637 Hoover St.,
Garden Grove, CA 92841

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplies

Is the claim subject to offset? ■ No ☐ Yes

$22,000.00

---

| Debtor | Mr. Tortilla, Inc. | Case number (if known) | 1:18-bk-12051-VK |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

Tony  Alcazar
6258 Peach Ave.,
Van Nuys, CA 91411

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Personal loans

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

William-Allen Company
9239 Akcan Circle N.W.
 PO Box 2817
North Canton, OH 44720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Supplies

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,000.00 |
|---|---|---|---|

Wisoman Foods
30782 Huntwood Ave.
Hayward, CA 94544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Supplies

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 709,169.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 709,169.66 |

Fill in this information to identify the case:

Debtor name     Mr. Tortilla, Inc.

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     1:18-bk-12051-VK

☐ Check if this is an
    amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Tortilla Press |
| | State the term remaining | Lease ends 4/10/2023 |
| | List the contract number of any government contract | |

Bank of Cardiff
P.O. Box 2562
Del Mar, CA 92014-2562

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Tortilla Oven, Cooling Conveyor. |
| | State the term remaining | lease ends 4/11/2023 |
| | List the contract number of any government contract | |

Blue Bridge Financial
12626 High Bluff Drive #370
Ladera Ranch, CA 92694

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 1112 Arroyo Street, San Fernando, CA |
| | State the term remaining | Lease ends 5/31/2021 |
| | List the contract number of any government contract | |

JS/JS Properties, Inc.,
A California Corporation for
1102-1112 Arroyo Street, LLC

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Tortilla Press |
| | State the term remaining | lease ends 1/26/2023 |
| | List the contract number of any government contract | |

Mercury Capital
27702 Crown Valley Pkwy #D4-205
Ladera Ranch, CA 92694

Debtor 1    Mr. Tortilla, Inc.
      First Name         Middle Name         Last Name

Case number (*if known*)    1:18-bk-12051-VK

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Dough Baller | |
|---|---|---|---|
| | State the term remaining | Lease ends 4/26/2023 | Mercury Capital<br>27702 Crown Valley Pkwy #D4-205<br>Ladera Ranch, CA 92694 |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |

Debtor name    Mr. Tortilla, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   1:18-bk-12051-VK

☐ Check if this is an
   amended filing

## Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*      *Column 2: Creditor*

|  | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Anthony Alcazar | 6258 Peach Ave.<br>Van Nuys, CA 91411 | Diana's Mexican Foods | ☐ D ____<br>☑ E/F ___3.5___<br>☐ G ____ |
| 2.2 | Anthony Alcazar | 6258 Peach Ave.<br>Van Nuys, CA 91411 | Valley Economic Development Council | ☑ D ___2.4___<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Ronald Alcazar | 6258 Peach Ave.,<br>Van Nuys, CA 91411 | Diana's Mexican Foods | ☐ D ____<br>☑ E/F ___3.5___<br>☐ G ____ |
| 2.4 | Tony Alcazar | 6258 Peach Ave.<br>Van Nuys, CA 91411 | Diana's Mexican Foods | ☐ D ____<br>☑ E/F ___3.5___<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name   Mr. Tortilla, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   1:18-bk-12051-VK

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | For year before that:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $476,919.00 |
   | For the fiscal year:<br>From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other _____ | $467,428.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1. Capitol Foods<br>13930 Mica St.<br>Santa Fe Springs, CA 90670 | 8/7/18,<br>6/21/18,<br>6/191/18,<br>5/31/ 18 | $22,061.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Mr. Tortilla, Inc. | | | | Case number (if known) | 1:18-bk-12051-VK |
|---|---|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | Allied Blending<br>5690 Lindberg Ln.<br>Bell Gardens, CA 90201 | 7/17/18,<br>7/6/18,<br>6/25/18,<br>6/6/18, | $9,131.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Payless Box<br>10711 Sessler St.<br>South Gate, CA 90280 | 6/21/18 | $8,045.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Blue Bridge Financial<br>12626 High Bluff Drive #370<br>Ladera Ranch, CA 92694 | 8/18/18,<br>7/10/18,<br>6/11/18 | $8,362.20 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | Mercury Capital<br>27702 Crown Valley Pkwy #D4-205<br>Ladera Ranch, CA 92694 | 8/14/18,<br>8/1/18,<br>7/12/18,<br>7/2/18,<br>6/12/18,<br>6/12/18 | $8,023.12 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

Debtor    Mr. Tortilla, Inc.                                    Case number *(if known)*  1:18-bk-12051-VK

---

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Diana's Mexican Food Products, Inc., vs Mr. Tortilla, Inc.<br>LC104194 | | Superior Court of Los Angeles<br>Northeast District<br>6230 Sylmar Avenue<br>Van Nuys, CA 91401 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ☐ None.

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Crespo Distribution | 2004 Ford E-450 Truck - Inoperable | November 2017 | $3,000.00 |
| | Recipients relationship to debtor | | | |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

Debtor  Mr. Tortilla, Inc.                                          Case number (if known)  1:18-bk-12051-VK

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Resnik Hayes Moradi  LLP 17609 Ventura Blvd. Encino, CA 91316 | Attorney Fees | | $12,000.00 |
| Email or website address jhayes@rhmfirm.com | | | |
| Who made the payment, if not debtor? | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

## 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

## 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

## 16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor   Mr. Tortilla, Inc.                                              Case number (if known)  1:18-bk-12051-VK

---

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    Mr. Tortilla, Inc.                                             Case number *(if known)*   1:18-bk-12051-VK

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☑ None

| Name and address | | Date of service<br>From-To |
|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    Mr. Tortilla, Inc.                                      Case number (if known)  1:18-bk-12051-VK

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony Alcazar | 6258 Peach Ave.<br>Van Nuys, CA 91411 | President | 81% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ronald Alcazar | 6258 Peach Ave.<br>Van Nuys, CA 91411 | Chief Operating Officer | 19% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Fill in this information to identify the case:

Debtor name     Mr. Tortilla, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:18-bk-12051-VK

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        5 - 24 - 18

Signature of individual signing on behalf of the debtor        Printed name    Anthony Alcazar

Position or relationship to debtor    President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  Mr. Tortilla, Inc.

Debtor(s)

Case No.   1:18-bk-12051-VK

Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 12,000.00 |
| Prior to the filing of this statement I have received | $ | 12,000.00 |
| Balance Due | $ | 0.00 |

2. $ 1717.00  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 24, 2018
*Date*

Matthew D. Resnik 266572
*Signature of Attorney*
Resnik Hayes Moradi LLP
17609 Ventura Blvd., Suite 314
Encino, CA 91316
(818)285-0100  Fax: (818)855-7013
matt@rhmfirm.com
*Name of law firm*

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000


Blue Bridge Financial
12626 High Bluff Drive #370
San Diego, CA 92130


Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Nicolas Barrios
4433 Colbath Avenue
Sherman Oaks, CA 91423

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

A true and correct copy of the foregoing document **SUMMARY OF ASSETS AND LIABILITIES; SCHEDULES A/B, C, D, E/F, G, H; DECLARATION OF SCHEDULES FOR NON INDIVIDUAL DEBTOR'S; STATEMENT OF FINANCIAL AFFAIRS; DISCLOSURE OF ATTORNEY COMPENSATION; AMENDED MAILING MATRIX** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/24/2018** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

- **Russell Clementson**    russell.clementson@usdoj.gov
- **M. Jonathan Hayes**    jhayes@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- **Roksana D. Moradi-Brovia**    roksana@rhmfirm.com,
  matt@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;jhayes@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

**II.    SERVED BY U.S. MAIL:** On **8/24/2018** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**Hon. Victoria S. Kaufman**
**U.S. Bankruptcy Court**
**21041 Burbank Blvd., Suite 354**
**Woodland Hills, CA 91367**

**Mr. Tortilla, Inc.**
**1112 Arroyo St., #1**
**San Fernando, CA 91340**

**III.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **8/24/2018** I served the following

SIMON RESNIK
HAYES LLP

person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/24/2018   Ja'nita Fisher | /s/ Ja'nita Fisher |
|---|---|
| *Date*          *Type Name* | *Signature* |

SIMON RESNIK
HAYES LLP

2